IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

2025 MAY 1 AM 9:10
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

Jose L. Camacho-Ramos
Full name of plaintiff
*Nombre completo del demandante*

25-CV-1240
RAM

v.

Physician Correctional Corp.

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        ( )  Yes *(Sí)*                               (✓)  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                                    -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* _____

   _____

   Defendant(s)
   *Demandado(s)* _____

   _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____

3. Docket number.
   *Número asignado.* _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____

42:1983

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓) Yes (Sí)          ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (✓) Yes (Sí)          ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         I fill the medical area Registry of grievance to ask for my medication, appointments and services

      2. What was the result?
         *¿Cuál fue el resultado?*

         They answer that the prescription is lost or that I have to know which were the meds prescribed, and that I have refferalls.

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      I did not use the Prisoner's grievance procedure because Physician Correctional is a private company under contract.

42:1983                         -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(✓)  Yes *(Sí)*                                  ( )  No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

   1. What steps did you take?
      *¿Qué medidas tomó usted?*

      I spoke to Lieutenant Ms. Figueroa, with nurse Gerena, nurse Reyes and appointment coordinator Ms. Brenda

   2. What was the result?
      *¿Cuál fue el resultado?*

      None of them has been able to help me, they say that CMC (Correctional Medical Center) haven't send the prescription

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
   *Nombre del demandante*  Jose L. Camacho-Ramos

   Address
   *Dirección*  50 Carr. #5, Unit 501 1-D
                Industrial Luchetti
                Bayamón, P.R. 00961-7403

42:1983                                          -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

    B.    Defendant  
           *Demandado*    Physician Correctional Corp.

           is employed as  
           *está empleado como*    Medical Contractor for Dept. of Corrections P.R.

           at  
           *en*    Department of Correction of Puerto Rico

IV.    Statement of Claim.  
      *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

① On February 24, 2025, I went to my appointment with the urologist at Medical Center of Rio Piedras, P.R., whom after analizing a sonagram found that I have an infection at the left testicle with inflamation and for so he prescribed antibrotic and antiinflamatori medications. When I came back, I was taken to CMC where they told me to refuse to see the doctor because they will send the prescription to the

42:1983                                               -5-

institution 501 Pharmacy anyway. To date april 21, 2025, almost 2 months I have not receive the medication, suffering of pain and discomfort in my genitalia area.    Please see the reverse side of page for second claim.

V.  Request for Relief.
    *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

① That the court orders the defendant to cease and desist the conduct of not serving the meds prescribed by outside specialists, and to use the federal funds they recived from the Dept. of Corrections to contract the specialists we need like internal medicine, urologist, dermatologist, ect.

② That the court orders the defendant to pay the sum of $2,000.00 per day that the Plaintiff pass without the medication prescribed by the urologist.

③ that the court orders the defendant to ensure that the CMC optometrist evaluates the plaintiff and orders the payment of $1,000.00 per day that the plaintiff pass without the right prescription of lenses.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __21__ day of __april__ of __2025__.
           (día)         (mes)         (año)

                                    _José J. Gonzalez Roman_
                                    Plaintiff's signature
                                    *Firma del demandante*

42:1983                    -6-

2) The plaintiff is a presbiopia patient with slow sight loss, and he spent over 6 years with the same prescription of lenses, on 2023 he was evaluated by a subcontractor in optometrist of Physician Correctional named Pro Vision whom send a prescription lenses that does not fits the needs of the plaintiff, I request to be seen by the CMC optometrist to correct the prescription and the defendant waited a year till december 12, 2024 to sent again the sub-contractor on their bus to reevaluate the plaintiff, and again, they sent another prescription that does not fits plaintiff's needs. This has provoked a lot of headaches, pain and pressure in the eyes, and more difficulties with plaintiff's vision. For the last over 2 years, plaintiff has been suffering for the defendant's negligence.